**SUPPRESSED**

**FILED**
APR 09 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER 19-mj-8037-GCS |
| ) | |
| LARRY J. RHINES ) | |
| ) | Title 18, United States Code |
| ) | Section 2113(a)(d) and 924(c)(1)(A) |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Daniel D. Cook, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### BANK ROBBERY

On or about March 30, 2019, in Madison County Illinois, within the Southern District of Illinois,

### LARRY J. RHINES,

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, U.S. Currency belonging to and in the care, custody, control, management, and possession of GCS Credit Union, a credit union whose accounts of which are insured by the National Credit Union Administration Board. All in violation of Title 18, United States Code, Section 2113(a)(d).

### COUNT 2

### USING AND CARRYING A FIREARM IN FURTHURANCE OF A BANK ROBBERY

On or about March 30, 2019, in Madison County, Illinois, within the Southern District of Illinois,

### LARRY J. RHINES,

defendant herein, did knowingly brandish, carry and use a firearm, that is, a semi-automatic firearm, during and in relation to a crime of violence for which he may be prosecuted in a Court

of the United States, to wit: "Bank Robbery" in violation of Title 18, United States Code, Section 2113(a)(d), as set forth immediately above. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## AFFIDAVIT

Your affiant, Daniel D. Cook, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for nine years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has six years prior federal law enforcement experience as a United States Postal Inspector and six years prior state law enforcement experience as a municipal Police Officer for the City of Lincoln, Nebraska. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your affiant states as follows:

1) On March 30, 2019, at approximately 8 A.M. (around opening time), the GSC Credit Union at 1502 Vandalia Street, in Collinsville, Illinois, was robbed by two black male subjects. The subjects were armed, with one of the subjects carrying a silver and black, semi-automatic handgun, further described to have a silver slide (the barrel housing) and a black receiver (the hand grip of the firearm). The subjects wore dark clothes. One subject was wearing black pants with three vertical white stripes down the pant legs.

2) The subjects approached a credit union employee while the employee was entering the credit union. The subjects held a gun to the employee's head and the credit union manager

opened the doors to the credit union. The subjects had the branch manager take them to the bank vault. The total loss amount is $125,802.00.

3) Law enforcement officers reviewed surveillance cameras and identified a yellow Chevrolet Camaro in the area of the credit union, around the time of the robbery, believed to be the get-away vehicle.

4) Law enforcement officers with the FBI, Collinsville Police Department, Fairview Heights Police Department, and the St. Louis Metropolitan Police Department had previously been investigating a series of armed robberies of commercial businesses in which similar descriptions of subjects were provided, which included descriptions of physical appearance, clothing, and firearm used. Those descriptions were similar to the descriptions of the suspects that committed the GCS Credit Union robbery on March 30, 2019. Additionally, in many of these armed robberies, a yellow Chevrolet Camaro was observed by witnesses and on surveillance video as the get-away vehicle. Law enforcement officers believe the series of armed robberies to include the GCS Credit Union robbery are related. Surveillance photographs of the suspects and of the yellow Chevrolet Camaro from the GCS Credit Union robbery were provided to the media.

5) On March 31, 2019, law enforcement received a tip from the owner of rental property located at 1231 Constance Street, Collinsville, Illinois. The owner said that she had a new tenant, with the initials of C.P.-M., and that C.P.-M. had a friend that matched the physical description of one of the armed robbery subjects in the GCS Credit Union robbery.

6) That same day, law enforcement conducted an investigatory traffic stop of a yellow Camaro bearing Illinois license plate P389070. Law enforcement recognized that car from a "be-on-the-lookout" broadcast that they had received. Additionally, law enforcement saw that the car was speeding. As a result, the law enforcement officers pulled the car over.

7) LARRY RHINES was driving the yellow Camaro and C.P.-M. was the front passenger. C.P-M. is the registered owner of the yellow Camaro. RHINES admitted that he and C.P.-M. both drive the yellow Camaro. RHINES further admitted that he had driven the car the day before, which was March 30, 2019, the date of the GSC Credit Union bank robbery. However, RHINES claimed he had not heard anything about the robbery. Law enforcement obtained consent to search the car and located a digital scale, baggies, and what appeared to be marijuana, as well as $1500 in bills (a mix of $100s, $20s, $10s and $1 bills). Additionally, there was also a partial roll of quarters and a full roll of dimes.

8) On April 8, 2019, C.P.-M. was interviewed by your affiant. C.P.-M. was shown surveillance photographs of the GCS Credit Union robbery suspects, the firearms that they carried, and the yellow Chevrolet Camaro. Upon reviewing the surveillance photographs C.P.-M. believed: the yellow Chevrolet Camaro was her Chevrolet Camaro, the subject holding the silver and black semi-automatic handgun was her boyfriend RHINES (based on physical description and clothing worn), and believed the silver and black semi-automatic handgun was her firearm. Furthermore, C.P.-M. stated the only people who drive the yellow Chevrolet Camaro are her and RHINES. C.P.-M. denied any prior knowledge or participation in the GCS Credit Union robbery. Your affiant showed C.P.-M. additional photographs of other armed robberies with the silver and black semi-automatic handgun and the yellow Chevrolet Camaro and C.P.-M. believed RHINES was involved in those armed robberies also.

9) C.P.-M. told your affiant where her silver and black semi-automatic handgun was currently located. Law enforcement officers obtained written consent to search a residence for the silver and black semi-automatic handgun. Law enforcement officers did recover a black and silver Smith & Wesson, Model SD9VE semi-automatic handgun, bearing serial number FZL7913,

that matched the description of the silver and black handgun used in the GCS Credit Union robbery and the other robberies being investigated.

10) On April 8, 2019, RHINES was interviewed by your affiant. Prior to any investigative questions being asked, RHINES was advised of his <u>Miranda</u> rights. RHINES signed an Advice of Rights form and agreed to answer questions. After initially denying involvement in the GCS Credit Union robbery and the other robberies being investigated, RHINES admitted to participating in the GCS Credit Union robbery and numerous other armed robberies. RHINES admitted he used the silver and black semi-automatic handgun belonging to C.P.-M. to commit the GCS Credit Union robbery and the other commercial business armed robberies being investigated. RHINES admitted to driving the yellow Chevrolet Camaro as the getaway vehicle after the armed robbery of the GCS Credit Union.

11) As a result of the credit union robbery, GCS Credit Union suffered a loss of $125,802.00 in United States currency. At the time of the credit union robbery, your affiant confirmed GCS Credit Union was insured by the National Credit Union Administration Board (NCUAB).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DANIEL D. COOK,
Special Agent, Federal Bureau of Investigation

State of Illinois            )
                             )   SS.
County of St. Clair          )

    Sworn to before me and subscribed in my presence on the 9th day of April 2019, at East St. Louis, Illinois.

                                        GILBERT C. SISON
                                        United States Magistrate Judge

Steven C. Weinhoeft
United States Attorney

Alexandria M. Burns
Assistant United States Attorney